# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00014-CV

**Texas Health and Human Services Commission, Appellant**

**v.**

**Marjorie Drake, Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-19-004253, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Counsel for the Texas Health and Human Services Commission and Marjorie Drake have filed a joint motion to abate this appeal for ninety days to effectuate a proposed settlement. We grant the motion and abate this appeal until further order of this Court. *See* Tex. R. App. P. 42.1(a)(2)(c). By May 7, 2025, the parties shall file either a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report accompanied by a motion to extend the abatement.

It is ordered on February 6, 2025.

Before Chief Justice Byrne, Justices Kelly and Ellis

Abated

Filed: February 6, 2025